# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| BRETT STANSBERRY, | : |
| *Plaintiff(s)*, | : Case No. 1:22-cv-543-JPH-KLL |
| v. | : Judge Jeffery P. Hopkins |
| RAISING CANE'S USA, LLC, | : |
| *Defendant(s)*. | : |

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**      This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**      This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's September 22, 2023 Order, the Magistrate Judge's December 27, 2022 Report and Recommendation (Doc. 15) is **ADOPTED** in its entirety, Defendant's Motion to Dismiss or in the Alternative, to Compel Arbitration (Doc. 6) is **GRANTED** to the extent it seeks to compel arbitration, and the Complaint is **DISMISSED** without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. The Court accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*.

Dated: 9/22/2023

Richard W. Nagel, Clerk of Court
By:      K.Heuer
Deputy Clerk